| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Linn, Richard | 2. Court or Organization U.S. Court of Appeals, Fed Cir | 3. Date of Report 03/14/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Court of Appeals 717 Madison Place, N.W. Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - ( o reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Intellectual Property Advisory Board, George Washington University Law School |
| 2. | President | The Giles S. Rich Intellectual Property American Inn of Court |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/02/00 | Marks & Murase Settlement Agreement and Release (for practice of law prior to 04/30/1997, with terms of capital reserves) |

RECEIVED 2005 MAR 15 P 1:52 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Utah State Bar | February 19-22 - Salt Lake City, UT - IP Law Seminar (Transportation, Meals, and Hotel) |
| 2. | New York Intellectual Property Law Association | March 25-28 - NY, NY - 82nd Annual Judges Dinner (Transportation, Meals, and Hotel) |
| 3. | American Intellectual Property Law Association | May 14-15 - Dallas, TX - IP Law Seminar (Transportation, Meals, and Hotel) |
| 4. | Federal Circuit Bar Association | June 23-28 - Colorado Springs, CO - Bar Association Annual Meeting (Transportation, Meals, and Hotel) |
| 5. | Intellectual Property Owners Assn | September 12-14 - Boston, MA - IP Law Seminar (Transportation, Meals, and Hotel) |
| 6. | Philadelphia Intellectual Property Law Association | October 21 - Philadelphia, PA - Bar Association Meeting (Transportation and Meals) |

## IV. REIMBURSEMENTS – Transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 7. Intellectual Property Law Association of Chicago | November 19-21 - Chicago, IL - Bar Assoc. Meeting (Transportation, Meals, and Hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Capital reserves held by Marks & Murase, L.L.P | | None | K | U | | | | | |
| 2. Cash Equivalent Account # 1 | A | Interest | J | T | | | | | |
| 3. Cash Equivalent Account # 2 | A | Interest | L | T | | | | | |
| 4. Cash Equivalent Account # 3 | A | Interest | J | T | | | | | |
| 5. Brokerage Account # 4 | | | | | | | | | |
| 6. - Eaton Vance World Wide Health Services Fund Class A | | None | | | Sell | 11/29 | K | | |
| 7. - Fidelity Advisor Mid Cap Stock Fund Class A | | None | | | Sell | 11/29 | L | | |
| 8. - Growth Fund of America Class F | | None | | | Sell | 11/29 | M | | |
| 9. - Pimco Total Return Fund Class A | C | Dividend | | | Part Sell | 11/29 | M | | |
| 10. | | | | | Sell | 12/7 | J | | |
| 11. - State Street Mid Cap Value Fund Class A | | None | | | Sell | 11/29 | K | | |
| 12. - Templeton Foreign Fund Class A | B | Dividend | | | Sell | 11/29 | M | | |
| 13. - Washington Mutual Investors Fund Class A | A | Dividend | | | Buy | 6/14 | J | | |
| 14. | | | | | Sell | 11/29 | L | | |
| 15. Brokerage Account # 5 | | | | | | | | | |
| 16. - Interamerican Development Bank Zero Coupon Bonds | | None | L | T | | | | | |
| 17. - Abbey National PLC Preferred Stock | A | Interest | | | Redemption | 4/29 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - JP Morgan Chase Cap X Preferred Stock | A | Interest | J | T | | | | | |
| 19. Brokerage Account # 6 | | | | | | | | | |
| 20. - Pimco High Yield Fund Class A | B | Dividend | | | Sell | 11/29 | K | | |
| 21. - State Street Research Aurora Fund Class A | A | Dividend | | | Sell | 11/29 | K | | |
| 22. - State Street Research Emerging Fund Class A | | None | | | Sell | 11/29 | K | | |
| 23. - Washington Mutual Investors Fund Class A | A | Dividend | | | Sell | 11/29 | K | | |
| 24. Brokerage Account # 7 | | | | | | | | | |
| 25. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 26. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 27. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 28. Brokerage Account # 8 | | | | | | | | | |
| 29. - EuroPacific Growth Fund Class 529A (X) | A | Dividend | J | T | | | | | |
| 30. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 31. - Cash Management Trust of America Class 529A | A | Dividend | J | T | | | | | |
| 32. Brokerage Account # 9 | | | | | | | | | |
| 33. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 34. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 35. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.  Description of Assets (excluding trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 37. Brokerage Account # 10 | | | | | | | | | |
| 38. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 39. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 40. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 41. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 42. Brokerage Account # 11 | | | | | | | | | |
| 43. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 44. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 45. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 46. Brokerage Account # 12 | | | | | | | | | |
| 47. - EuroPacific Growth Fund Class 529A (X) | A | Dividend | J | T | | | | | |
| 48. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 49. - Cash Management Trust of America Class 529A | A | Dividend | J | T | | | | | |
| 50. Brokerage Account # 13 | | | | | | | | | |
| 51. - American Funds Growth-Income Separate Account | | None | L | T | Buy | 12/17 | L | | |
| 52. - American Funds Growth Separate Account | | None | M | T | Buy | 12/17 | M | | |
| 53. - T. Rowe Price Large Cap Growth Portfolio Separate Account | | None | M | T | Buy | 12/17 | M | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$6,000,000    H2 = More than $5,000,090
2. Value Codes:    J = $15,000 or less    K = $15,001-$60,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. - Harris Oakmark Large Cap Value Separate Account | | None | M | T | Buy | 12/17 | M | | |
| 55. - Russell 2000 Index Portfolio Separate Account | | None | L | T | Buy | 12/17 | L | | |
| 56. - FI International Stock Portfolio Separate Account | | None | M | T | Buy | 12/17 | M | | |
| 57. Brokerage Account # 14 | | | | | | | | | |
| 58. - Neuberger Berman Real Estate Portfolio Separate Account | | None | K | T | Buy | 12/17 | K | | |
| 59. - MetLife Stock Index Portfolio Separate Account | | None | L | T | Buy | 12/17 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$6,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date _____March 14, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544